**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| JMV Transportation & Logistics, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Merchants Automotive Group, LLC,<br><br>Defendant. | CIVIL ACTION NO. 1:24-cv-00155-SM<br><br>JURY TRIAL DEMANDED |
| Merchants Automotive Group, LLC<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>JMV Transportation & Logistics, Inc.,<br>Michael Scott, and<br>Norman Victor Nettie,<br><br>Counterclaim-Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's February 24, 2026 order, the Parties provide the below joint status report:

The Parties held a virtual, all-day mediation before mediator Bill Mulvey on May 7, 2026. At the mediation, the Parties reached an agreement to resolve all outstanding claims and counterclaims. The Parties are currently in the process of finalizing a written settlement agreement, at which point the Parties expect to seek dismissal of all claims and counterclaims in this case. Accordingly, the Parties request that the Court continue to stay this matter while the Parties finalize their agreement.

1

Dated: May 22, 2026

So Seen and Agreed:

/s/ Edward J. Sackman
Edward J. Sackman, N.H. Bar #19586
**BERNSTEIN SHUR, SAWYER &
NELSON, P.A**
670 N. Commercial Street, Suite 108
P.O. Box 1120
Manchester, New Hampshire 03105
(603) 623-8700
nsackman@bernsteinshur.com


Tyler W. Hudson* (KS # 20293)
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: 816-701-1100
thudson@wcllp.com

Joshua P. Gunnemann*
Ga. Bar No. 152250
Jonathan R. Chally*
Ga. Bar No. 141392
Benjamin B. Watson*
Ga. Bar. No. 632663
**COUNCILL, GUNNEMANN &
CHALLY, LLC**
75 Fourteenth Street NE, Suite 2475
Atlanta, Georgia 30309
Tel:  404-407-5250
JChally@cgc-law.com
JGunnemann@cgc-law.com


* Admitted *pro hac vice*

*Counsel for Plaintiff and Counterclaim
Defendants*

/s/ John-Mark Turner
Christopher Cole, N.H. Bar #8725
John-Mark Turner, N.H. Bar #15610
Abbygale M. Dow, N.H. Bar #272938
**SHEEHAN PHINNEY BASS &
GREEN, P.A.**
75 Portsmouth Boulevard, Suite 110
Portsmouth, NH 03801
(603) 627-8223
ccole@sheehan.com
jturner@sheehan.com

John P. Bueker*
Robert G. Jones
**ROPES & GRAY, LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600


*Admitted *pro hac vice*

*Counsel for Defendant and
Counterclaim-Plaintiff*

2